**[J-43-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 76 MAP 2017 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court dated May 24, 2017 at No. 2609 |
| | : | EDA 2016 Affirming the PCRA Order |
| v. | : | of the Delaware County Court of |
| | : | Common Pleas, Criminal Division, at |
| | : | No. CP-23-CR-5497-2012 dated July |
| COSIL LOUIS CHILDS, | : | 20, 2016, entered on July 21, 2016. |
| | : | |
| Appellant | : | SUBMITTED:  March 20, 2018 |

<u>**ORDER**</u>

**PER CURIAM**                                                     **DECIDED: June 1, 2018**

**AND NOW,** this 1st day of June, 2018, the appeal is **DISMISSED** as having been improvidently granted.